UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

EDWIN BARRETO LOPEZ ,

Petitioner,

v.

IMMIGRATION CUSTOMS AND
ENFORCEMENT; et al.,

Respondents.

Case No.:  26-cv-385-BJC-BJW

**ORDER GRANTING PETITION FOR
WRIT OF HABEAS CORPUS**

**[ECF No. 1]**

On May 15, 2025, Edwin Barreto Lopez ("Petitioner") was arrested by Immigration and Customs Enforcement.  ECF No. 1 at 4.  On June 2, 2025, an immigration judge ordered Petitioner removed.  *Id.*  Since his arrest on May 15, 2025, Petitioner has remained in immigration detention and has not received a bond hearing.  *Id.* at 2.

On January 23, 2026, Petitioner filed the instant Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, asserting his continued detention exceeds statutory authority and violates the Fifth Amendment.  This Court set a briefing schedule and issued a limited stay.  ECF No. 2.  Respondents filed a return to the petition on January 16, 2026. ECF No. 4. In their return, Respondents acknowledge that Petitioner, pursuant to the judgment in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3713987, at *1 (C.D. Cal. Dec. 18, 2025), "is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)."

1

ECF No. 6 at 2.

Accordingly, the Court **GRANTS** the petition for a writ of habeas corpus. Respondents shall hold a bond hearing within fourteen days of this order and cannot deny bond at the hearing based on 8 U.S.C. § 1225.  Respondents are enjoined from transferring Petitioner before a bond hearing takes place. The Clerk of Court shall close this matter.

**IT IS SO ORDERED**.

Dated:  February 17, 2026

_____

Honorable Benjamin J. Cheeks
United States District Judge

2